

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RODERICK MORRISON, | § | No. 08-13-00319-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 6 |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| State. | § | (TC# F-11-56210-X) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **February 14, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Cherie Williams, Court Reporter for the Criminal District Court No. 6, for Dallas County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **February 14, 2014.**

IT IS SO ORDERED this 6th day of February, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.